**SEALED**

MWC:2013R00162

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

2014 JAN -2 A 11: 38

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CLERKS OFFICE |
| | AT BALTIMORE |
| v. | BY _____ DEPUTY |
| **RICHARD LEE,** | |
| Defendant. | |

$JFM-14-02$

**CRIMINAL NO.** ~~GLR-13-595~~

**(Transportation with Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a); Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Aggravated Identity Theft, 18 U.S.C. § 1028A; Aiding & Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 2253)**

## MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the

District of Maryland, and Mark W. Crooks, Assistant United States Attorney for said District,

moves this Honorable Court for an order sealing the Indictment in the above-captioned matter, as

it relates to an ongoing investigation. The government submits that an arrest warrant has been

filed and is to be executed in the immediate future. Therefore, sealing the indictment will help to

avoid possible flight, as the defendant has numerous family ties overseas and out-of-state and

faces a significant mandatory minimum sentence.

**WHEREFORE**, the government requests that the Indictment, this Motion, the Order and

all other documents filed in this action be **sealed** until further order of the Court; and that one (1)

copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Mark W. Crooks
Assistant United States Attorney


ORDERED as prayed, this _2nd_ day of January, 2014.

_____
Timothy J. Sullivan
United States Magistrate Judge